| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 3 | | | |
| 4 | UNITED STATES OF AMERICA, | *E-filing* | SUMMONS IN A CIVIL ACTION |
| 5 | Plaintiff, | | Case Number: |
| 6 | v. | | |
| 7 | STEPHANIE R. BOLDEN, | | **SLM** |
| 8 | Defendant(s). | CV | |
| 9 | | | |

TO: (Name and Address of Defendant)

**SLM**

STEPHANIE R. BOLDEN
1440 BROADWAY, STE 802
OAKLAND, CA 94612-2027

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United

States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,

San Francisco, CA 94102, an answer to the complaint which is herewith served upon you

within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law,
P.O. Box 129, Alameda, CA 94501
                                            (510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

RICHARD W. WIEKING
CLERK                                    DATE

BY DEPUTY CLERK

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,

5             Plaintiff,    **E-filing**         SUMMONS IN A CIVIL ACTION

                                                 Case Number:
6        v.

7    STEPHANIE R. BOLDEN,

8             Defendant(s).         CV  08        **3087**

9                                                **SLM**
     TO: (Name and Address of Defendant)
10
              STEPHANIE R. BOLDEN
11            1440 BROADWAY, STE 802
              OAKLAND, CA 94612-2027
12
       YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United
13
     States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,
14
     San Francisco, CA  94102, an answer to the complaint which is herewith served upon you
15
     within 20 days after service of this summons upon you, exclusive of the day of service.
16

17
     You must also serve your answer upon
18
     PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law,
19   P.O. Box 129, Alameda, CA 94501
                                          (510) 523-4702
20
       If you fail to do so, judgment by default will be taken against you for the relief demanded in
21   the complaint.

22

23
     RICHARD W. WIEKING                     7/1/08
24   CLERK                        DATE

25     **GINA AGUSTINE-RIVAS**

26   BY DEPUTY CLERK

27

28