MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

**FILED**
AUG 6 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHANIE R. BOLDEN

    Defendant(s).
_____/

NO. CV 08 3087

REQUEST TO ENTER DEFAULT

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

    PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 5, 2008     By: _____
                                          MICHAEL COSENTINO
                                          Attorney for Plaintiff