**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                              415.522.2000

August 6, 2008


RE:  <u>CV 08-03087 SLM</u>        <u>USA-v- STEPHANIE R BOLDEN</u>


Default is declined as to Stephanie R. Bolden on 8/6/08.




                                    RICHARD W. WIEKING, Clerk


                                    by:  <u>Gloria Acevedo</u>
                                    Case Systems Administrator