United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-03087(JCS) |
| Plaintiff(s), | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| STEPHANIE R BOLDEN, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS ORDERED that the parties shall meet and confer regarding the possibility of settling this matter not later than **September 12, 2008.** If the matter is settled, the parties shall notify the Court immediately.

IT IS HEREBY FURTHER ORDERED that a Case Management Conference is scheduled for **September 26 2008, at 1:30 p.m.,** in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The parties shall appear in person or through counsel and shall be prepared to discuss scheduling of future proceedings in this case.

A joint case management statement shall be filed no later than **seven (7)** days prior to the conference, in accordance with Civil Local Rule 16-9. The case management statement shall address the following issues:

A.  <u>Principal Issues</u>

Include a brief statement of the principal facts and events underlying the action.

Identify the principal factual and legal issues that the parties dispute.

B.  <u>Alternative Dispute Resolution and Settlement</u>

1  Identify the alternative dispute resolution procedure(s) which the parties intend to use, or
2  report specifically why no such procedure would assist in the resolution of the case.
3  Suggest ways the Court might help with the settlement process.
4  C.  <u>Consent</u>
5  Whether the parties will consent to the jurisdiction of a Magistrate Judge for all purposes.
6  D.  <u>Motions</u>
7  Identify any motions whose early resolution would likely have a significant effect on the
8  scope of discovery or other aspects of the case.
9  E.  <u>Discovery</u>
10  1.  Describe the discovery each party intends to take and how long discovery is
11  expected to take.  No discovery shall be taken until after the conference.
12  2.  Recommend limitations on discovery and, if appropriate, on subject areas,
13  types of witnesses, and/or time periods to which discovery should be confined.
14  F.  <u>Trial</u>
15  State the month and year in which the parties recommend the trial should commence, the
16  anticipated length of trial and whether the trial will be before the court or a jury.
17  G.  <u>Additional Scheduling</u>
18  1.  Recommend time limits to conclude discovery and to hear motions.
19  2.  Recommend the date for the pretrial conference and for filing the papers
20  required for the pretrial conference.
21  At the time of filing the original with the Clerk's Office, two conformed copies of all
22  documents shall be delivered directly to chambers on the 15th floor.  All documents shall list the
23  civil case number followed by the designation "JCS."
24
25  Dated: August 14, 2008
26  _____
    JOSEPH C. SPERO
    United States Magistrate Judge
27
28

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHANIE R BOLDEN,<br><br>    Defendant.<br>_____ / | Case Number: CV08-03087 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephenie R. Bolden
Attorney at Law
436 Fourteenth Street
Suite 728
Oakland, CA 94612

Dated: August 15, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk