## <u>Notice of Reference to Magistrate Judge</u>

Case No.: _08-3087 SLM_      Requesting CRD __GLORIA ACEVEDO__

Case Name: _UNITED STATES_    v _STEPHANIE R. BOLDEN_

Pltf Atty: _____    Ph. _____

_MICHAEL COSENTINO_

Deft Atty: _____

_STEPHANIE BOLDEN_

**FILED**

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Reference:

     X Debt Collection

     _Answer_

8·11·08