**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE R. BOLDEN, <br> Defendant. | Case No. CV 08 03087 SLM (JCS) <br><br> **STIPULATION FOR CONTINUED CMC HEARING AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the above entitled Plaintiff and the above entitled Defendant that the CMC Conference calendared for September 26, 2008, at 1:30 PM in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, be continued to October 10, 2008, at 1:30 PM, for the reason that defendant, as the co-chair for the Alameda County Bar Conference of Delegates, must attend the State Bar meeting on September 26, 2008.

Dated: September 5, 2008_____S/S_____
              MICHAEL COSENTINO, Counsel for the United States

Dated: September 5, 2008_____S/S_____
              STEPHANIE R. BOLDEN, Defendant

**IT IS SO ORDERED.**

Dated  9/10/08

JOSEPH C. SPERO
MAGISTRATE JUDGE