1  Stephanie R. Bolden
436 Fourteenth Street, Suite 728
2  Oakland, CA 94612
(510) 287-9920
3  (510) 287-9923 facsimile

4  Pro Per

5

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA                          Case No.  CV 08 03087 (SLM(JCS)
10
Plaintiff,                       STIPULATION FOR CONTINUED
11                                                CMC HEARING AND ORDER
THEREIN
12
vs
13
STEPHANIE R. BOLDEN,
14
Defendant.
15 _____/

16      IT IS HEREBY STIPULATED by and between the above entitled Plaintiff and the above entitled

17  Defendant that the CMC Conference calendared for December 5, 2008, at 1:30 PM in Court A, 15th

18  Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, be continued to January 9,

19  2009, at 1:30 PM, for the reason that when the December 12, 2008 date was set at our last hearing

20  defendant knew that she was unavailable the first week of December due to a pre-scheduled conference

21  and so set the date of December 12, 2008.

22

23  Dated:  November 24, 2008
MICHAEL COSENTINO, Counsel for the United States
24
Dated: November 24, 2008
25                                                STEPHANIE R. BOLDEN, Defendant

26      IT IS SO ORDERED.

27  Dated  11/24/8
JOSEPH C.                              STATES
28  MAGISTRA
Judge Joseph C. Spero